D+R+scan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

Cavalier Construction Corp. et al.,

          Plaintiffs,

- against -

Iron Workers Local 40, 361 & 417 Union
Security Funds et al.,

          Defendants.

-------------------------------------------------------- x

Civil Action No.
CV-03-3392 (DGT)(RML)

ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 7 2005 ★

P.M. _____
TIME A.M. _____

TRAGER, J.

It having been reported to the Court that the above-captioned action is stayed pursuant to the filing of a bankruptcy petition, it is hereby

ORDERED that the action is administratively closed pending the disposition of the aforementioned bankruptcy petition.

Dated: Brooklyn, New York
       May /6, 2005

SO ORDERED:

          s/David G. Trager
      David G. Trager
      United States District Judge